IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No.   26-MJ-45-CJC

AURELIO LUIS PEREZ-LUGONES

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _Monday, January 12, 2026_ at _2:00 PM_ before _Charles D. Austin_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom _7B_.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 9, 2026
Date

Chelsea J. Crawford
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention