==================================================================

# *UNITED STATES DISTRICT COURT*
## --------- DISTRICT OF MARYLAND -------

### APPEARANCE

United States of America

      v.                                              Case No. 1:26-MJ-45-CJC

Aurelio Luis Perez-Lugones

                           *   *   *   *   *   *

#### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for Aurelio Luis Perez-Lugones.

I certify that I am admitted to practice in this Court.


<u>January 12, 2026</u>                      <u>            /s/                         </u>
Date                                      FRANCISO A. CARRIEDO (#816158)
                                           Assistant Federal Public Defender
                                           100 South Charles Street
                                           Tower II, Ninth floor
                                           Baltimore, Maryland 21201
                                           (410) 962-3962 (p)
                                           (410) 962-3976 (f)
                                           Email: franciso_carriedo@fd.org