# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

AURELIO LUIS PEREZ-LUGONES

Defendant

Case No. CJC-26-mj-45

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:27 pm, Jan 15 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TTD_____ Deputy

******

## ORDER

This case having come before this court for a hearing on a review of release order, and upon consideration of the statements presented by counsel, and for the reasons stated on the record, it is this 15th day of January 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that the defense consents WITHOUT PREJUDICE to the continued detention of the defendant;

IT IS FURTHER ORDERED that the stay of the release order remains in place; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record, to the United States Probation Officer, and to the United States Marshal.

_____
George L. Russell III
Chief United States District Judge